IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORDELL MARTIN, | |
| Plaintiff, | 8:17CV347 |
| vs. | ORDER |
| OMAHA PUBLIC POWER DISTRICT, | |
| Defendant. | |

This matter is before the Court on the Amended Motion to Withdraw as Plaintiff's Counsel (Filing No. 36) filed by Benjamin White and the law firm of White & Jorgensen. Mr. White has advised that Plaintiff terminated his representation, including the representation of the law firm White & Jorgensen. Under these circumstances, the Amended Motion to Withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Amended Motion to Withdraw as Plaintiff's Counsel (Filing No. 36) is granted.

2. Mr. White shall immediately serve a copy of this Order on Plaintiff and thereafter file proof of service showing compliance with this Order, listing the names and addresses of the persons to whom notice was sent. Mr. White and White & Jorgensen will not be relieved of applicable duties to the Court, Plaintiff, and opposing counsel until proof of service is filed.

3. Upon the filing of proof of service pursuant to Paragraph 2 of this Order, Plaintiff will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel has entered a written appearance on his behalf. If substitute counsel has not entered a written appearance, Plaintiff shall file a written notice with the Clerk of Court,

notifying the Court of Plaintiff's current address and telephone number. Plaintiff shall do so within five (5) business days of being served with this Order. Plaintiff may retain substitute counsel at any time. However, until such time as substitute counsel enters a written appearance, Plaintiff shall comply with all orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorneys' fees, and/or the entry of default.

4. Upon Mr. White's submission of proof of service as described in Paragraph 2 of this Order, the Clerk of Court shall terminate the appearance of Mr. White and the law firm of White & Jorgensen, and terminate further notices to them in this case.

Dated this 21st day of June, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge