IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORDELL MARTIN,<br><br>            Plaintiff,<br><br>vs.<br><br>OMAHA PUBLIC POWER DISTRICT,<br><br>            Defendant. | **8:17CV347**<br><br>**ORDER** |

This matter is before the court on the plaintiff's request for a transcript of a deposition, [Filing No. 43](). The court is unable to grant the relief the plaintiff seeks. The form request applies only to transcripts of proceedings in this court. The plaintiff, now *pro se*, was represented by counsel at the time of the deposition. He should contact former counsel or the court reporter who recorded the deposition. Accordingly,

IT IS ORDERED that the plaintiff's request for transcript ([Filing No. 43]()) is denied.

Dated this 17th day of September, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge